OTTO AREND, Respondent, *v.* THE LIVERPOOL, NEW YORK AND PHILADELPHIA STEAMSHIP COMPANY, Appellant.

(Argued May 6, 1873 ; decided May 13, 1873.)

*J. W. Gerard, Jr.,* for the appellant.

*Louis H. Rowan* for the respondent.

Agree to affirm.   No opinion.
Judgment affirmed.

---

THE PEOPLE ex rel. RICHARD W. TRUNDY, Appellant, *v.* GEORGE M. VAN NORT, Commissioner, etc. Respondent.

(Argued May 6, 1873 ; decided May 13, 1873.)

*John E. Develin* for the appellant.

*D. J. Dean* for the respondent.

Agree to affirm.   No opinion.
Order affirmed.